**ENTER JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLTSTAR TECHNOLOGIES, INC, <br><br>            Plaintiff, <br><br> v. <br><br> NEWSLINK OF MIAMI, LLC., et al., <br><br>            Defendant. | Case No. CV-16-3058-R <br><br> **ORDER OF DISMISSAL** |

THE COURT having been advised by the counsel for the parties that the above-entitled action has been settled; and now the parties requesting for this action to be dismissed with prejudice (Dckt. No. 63);

IT IS THEREFORE ORDERED that pursuant to the parties' Stipulation Re Dismissal of Action with Prejudice Pursuant to Federal Rule of Civil Procedure 41 (Dckt. No. 63), this action is hereby dismissed with prejudice and that each party bear its own attorney fees and costs incurred in this matter. IT IS FURTHER ORDERED that all dates set in this action are hereby vacated. The Court reserves its jurisdiction for the purpose of enforcing the settlement.

Dated  September 20, 2016

MANUEL L. REAL
United States District Judge